

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00218-CR
_____

JUAN COTA, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-16B-026; Honorable Roland Saul, Presiding

January 3, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is Juan Cota, Jr.'s *Motion to Dismiss Appeal* in which he represents he no longer wishes to pursue this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this court having been delivered, the motion is granted and the

appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.


                                        Patrick A. Pirtle
                                            Justice


Do not publish.